# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142988

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KYRIA GORE,
Plaintiff-Appellant,

v

SC: 142988
COA: 294157
Wayne CC: 08-114429-NZ

BRENDA BELCHER, DETROIT BOARD OF
EDUCATION, and DETROIT PUBLIC
SCHOOLS,
Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the March 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919